IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **17-CV-01912**
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 AUG -8 AM 10:52

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Plaintiff, ATIOIKON FRANÇOIS-XAVIER N'GOUAN,

v.

Defendant. AB CAR RENTAL SERVICES INC,

---

### TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff ATIOIKON François-Xavier N'GOUAN is a citizen of Ivory Coast who presently resides at the following address:

    1325 S Duquesne Cir, Aurora, CO, 80018, USA

2. Defendant AB Car rental Services lives at or is located at the following address:

    25500 E 78th Ave, Denver, CO, 80249, USA

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. '2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

    25500 E 78th Ave, Denver, CO, 80249, USA

(Rev. 07/06)

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   Title VII and The Americans with disabilities act

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on Jan 9th 2017 (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on 06-26-2017 (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
   - **X** Race
   - ___ Color
   - ___ Religion
   - ___ Sex
   - **X** National Origin
   - **X** Other (please specify) The Americans with Disabilities Act

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    - ___ Failure to hire
    - **X** Failure to promote
    - **X** Demotion/discharge from employment
    - ___ Other (please specify) _____

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
# AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

Incident & Fact 1: The first thing I let my city manager, Justin Nolan, know was my medical condition. I told him that I have a kidney failure and need permanent dialysis until I get a transplant. I told him that my treatment was 3 times a week for an average of 4h treatment. So I had to manage my treatments and my shifts. Let me remind you that at MCI (Kansas City), the Sales Agents are an Union and the shift assignments is a little different and harder than at DIA. But since my condition were just new, my body was doing ok and I was able to working certain mid or night shift. Also with the help of the management I was able to get a day off on the days where I was going to have a dialysis, so for a 3 day treatments, I was able to get 2 days off and 1 day work (which was Saturday and which was a very slow day, giving time to rest and sometimes go home early with management approval). When I transferred at DIA, I tried to check with the management to see if I could get any accommodation due to my medical condition. On Nov 19th 2014, I emailed my City Manager, Justin Nolan, to request an accommodation base on my medical condition. But I did not receive any reply. Nothing was done even with the doctor's note I provided and I had to get a shift that did not work for me. That shift was 5pm to 1am. I explained to Justin that at that time I was going to my treatment at 5am, so if I had to get off at 1am, by the time I get home and eat, I will only have 2 or 3 hours of sleep before going to the clinic. It is a very exhausting treatment and since it has

3

been more than a year, my body started getting tired. I had to go thru fatigue, headache, dizziness and short of breath most of the time. So, I beg him during the next months for help, however he never did. What I asked as accommodation was to be able to work before going for treatments. Any time in the morning will be fine as long I could get off at 5pm and go to the clinic for treatments. I also asked to be off at least on 2 days where I have dialysis (either Tuesday, Thursday or Saturday), the same type of days off I had in Kansas City. All my attempts were unsuccessful. Every time we had a shift bids, I tried to make him change his mind and help me out, but no success.  So, I started using my FMLA and was able to go home sometimes before 11pm and get more rest. But it is where my problems started. I started getting complaints from lower management and co-worker about the fact that I can go home before the end of my shift or that I could call sick constantly without getting fired. The manager that was very mean and consistent with her hurting remarks was Evi Pichler. Every time I asked to go home early as FMLA or call sick on her shift, she will use some words like "Again?", "you don't look sick", "I thought you African people were hard worker", and more… I felt harass. I had to go through those types of remarks from that moment until I was fired. I had to listen to her complaints without Justin doing anything to stop them. The co-worker that was also complaining the most about the fact that I was leaving early or calling sick was Kirk Giles. He was telling me that I was lying about my condition, that I was faking and playing the system. I was called "Mister FMLA", even by Evi a few times. I took the issues to Justin telling him that it was getting very uncomfortable and that I was getting so much complaints about my FMLA use. His response was that I should understand that my co-workers because they were feelings that I wasn't a team player. I implied that it was

4

my fault if they were feeling that way. I told him that I was sick and that it was not my fault, especially when I can't get a decent shift. He told me that if my illness was a problem for me to do my job, I should think about staying home and filing for long term disability. I had the feelings that my manager didn't really care about what my co-worker or other managers were saying about me.

On 03/19/2015, I, again, sent an email to Justin requesting an accommodation due to my medical condition. He replied by telling me he was working with HR to see if they could find a solution to my problem. But after a few days, I didn't hear back from him. Since the new shift bid was approaching, I sent him another email on the 27th of the same month. He replied by letting me know that after checking with HR, he was not going to accommodate my request. I then reply back that under the disability law, he was required to accommodate me. He then asks for my number and to come meet him at his office. When I met him at his office, he once again told me He was not going to accommodate my request. I didn't understand what was the problem. The rental agents were not Union, so they were no issues on that side. I asked him the option to be off on 2 days where I have dialysis and to work in the morning instead of night. Here the reasons why: Every time I go for a treatment, I end up be tired, dizzy with headache most of the time. Sometimes working a lot give me some short breathing and fatigue. Especially if I get off at 1am, then have to drive home, eat, then go to bed at 2am at least, then wake up at 5am to get ready and go to the clinic. After a 4h treatment, I get back home at 10am, I have to cook breakfast. I do lay down because my body feel tired. Depending on the day, sometimes my blood pressure is very low and I can't even leave my bed. But unfortunately, I have to get up and get ready to go work at 5pm. So, you could understand

5

how hard it was for me. In the other hand, if I had the option to be off on 2 days where I was going for treatment and also work in the morning and go to the clinic after I get off from work on the 3rd day where I had to work, it would have help a lot. Because Justin refused to help me, I was forced to keep my treatment at 5am and go to work in a painful and stressful way. On most days I was very tired, showing signs of fatigue. I was dizzy and my blood pressure was low due to the treatments. It was difficult for me to drive, walk or help the customers. He made my life more stressful and painful since I had to go work in those conditions. If I had that option, I would use less FMLA and getting less or no complaints from co-workers or others manager. I had to go through that stressful workplace environment for more than 2 years. Some peoples may ask why don't I quit and get another job?

Well, in my condition, it was very difficult to quit and go from scratch. First my job was hourly and commissions. Being one of the Top sellers, I was making a very good amount of money that was able to cover my medical bills. I also had health insurance, which was a very good thing for my condition and very cheap. I was qualified for FMLA, so could use it when I was very sick and unable to work. If I had to quit and get a new job, I was going to lose all of those, especially my FMLA. Getting a new job will mean wait another year to get qualify for FMLA again (which is the case right now, since I got fired and had to get a new job). I will lose my seniority and will likely get another night shift from another company. So, it was best for me to stay there and go through that stress. I contacted the HR department but didn't get any answer to my request. After, I was call by Evi, one of the manager, where she implied in a mean way that Justin was the big boss here at DIA and that if I wanted to stay longer here, I should watch my mouth and

whatever come out. So, for the next months, I had to go through my stressful shift, had to listen to all the complaints from management and co-worker every time I used FMLA, I had to get a warning from Justin Nolan to stop calling FMLA on Saturday (which is one of the day I do my dialysis). During the past summers since I transferred in DIA, Justin told me that since I was using a lot of FMLA and that Summer was our busiest season, with customers waiting in line for hours, I was forced to work overtime mostly Sunday and Monday, sometimes other days of the week, early in the morning or late at night. He told me that it was a mandatory overtime and that it was legal. I checked online and found out that yes indeed the company can request a mandatory overtime. But the only problem was that I was the only Sales Agent required to work that kind of overtime. On some days, I will come at 10am and get off at 11pm. The thing is I couldn't do anything to stop it since it was mandatory. I wish I could have use FMLA, but that option was not possible since my FMLA had some restrictions (can only take up to 3 days per week), so had to work at least 2 days in that week, which was the 2 days that were overtime mandatory. It went like that for weeks during the last summer (2016) until business slow down...

**SECOND CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

Incident & Fact 2: Earlier in September 2016, I expressed the desire to apply for a management position. I filed an internal application and handed to Justin Nolan. He told me that he didn't think it was a good idea to apply right now due to my medical condition. According to him, they needed someone reliable and I was using a lot of FMLA which was going to interfere with my position. He told me that my best option was to wait until I get a kidney and see if they still have some opening at that time. I told him that I was capable of doing the job and plus I didn't know when I was going to get a kidney and that I really need to build a carrier. That's when he told me beside the fact that right now I was not qualify due to my medical condition and all those FMLA hours, it was the company policies not to promote associate to management within the same location. I can say that when I moved in Denver I heard that it was impossible to be a manager if you work already at DIA. So I never saw any non-management working at DIA, becoming a manager until Summer of 2016, where 2 Costumers Services Agent working at DIA where promoted to Operations Managers within the same locations.

8

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Incident & Fact 3: one of the co-worker I had a lot of troubles was Kirk Giles. First it started with all the negative comments on the fact that I was using my FMLA and calling sick. I did talk to Justin many times about the fact that I was uncomfortable with the way I was treated by Him. But nothing was done to fix the problem. On May 18th, 2015, I officially sent a complaint to HR and Justin Nolan about his behavior toward me, but I never got any answer. I had to deal with him for the next months. He was very rude and aggressive toward me. He always had a negative comment about me. The last negatives comments were October 2016 where He told me "When Trump become president you will go back to Africa? And started laughing…" Also, another comment was "pretty soon, with Trump, you will not be able to use those FMLA excuses anymore", "look who called sick yesterday again, Mister FMLA", "tomorrow will be busy, are you going to call FMLA so you don't have to work?". Kirk was not the only co-worker to complaints or joke about the fact that I was using a lot of FMLA, but he was the one with who I had the most complaints and Jokes. For more than 2 years I have been harassed by co-workers and management and called as mister FMLA. Every time I spoke with Justin about that, nothing was done to fix the issues.

Incident & Fact 4: In one occasion, I was assaulted by a customer who put his hand on me. The incident happened earlier this year. One of the male customer was at the counter yelling at 2 of my females' co-worker. I was on the phone next to them talking to another customer. So that male customer was yelling and complaining to my co-worker who told him that he needed to calm down because she could hear what he was saying. He then looks at me and say "if this son of bitch could shut his mouth, you would hear what I was saying", which I didn't hear but hear back from my co-worker after.... So, after finishing with my customer, I tried to check on my co-worker to know what the issue, but the customer got more upset and aggressive. We then sent him to the main counter to talk to the manager. After a few minutes, I went back to the main building and saw the customer standing at the counter talking to a manager. When he saw me, he stated yelling and pointed at me. I walked toward the counter to speak to the manager and explain what happened earlier. But the customer didn't let me start and jumped right on my face and stated pushing me. The manager had to come between us before to stop that customer from pushing me. I was scary. However, nothing was done, no police was call. The customer was sent on his way with a free day reward and some money off his bill. I went to see Justin at his Office to tell my side of the story. During the conversation, he implied that he was my fault if the customer put his hand on me? I told him it wasn't fair and I wanted to press charge against that customer. He told me I should not get the police involve and that he was going to make sure this does not happen. Unfortunately, that customer came back rent the following week. He was never put on a "Do not Rent" list. I had to work for months on fear that the same incident could happen anytime.

Incident & Fact 5: On Nov 6th, 2016, around 10pm, a customer came to the counter. The reason he was there was to switch the credit card on file. He wasn't the one on the contract, so the contract was billed to another customer. He wanted to switch card and put the final charge on his card. That was something easy to do. So, I did what he asked me, I changed the card on file and print a new receipt for the customer. When I handed the receipt to that customer, he started getting upset after reading it. On the receipt, the charge was $199 for 4 days. He started questioning the fact that he had the car only for 3 days and 8 hours, but was getting charge for 4 days. He asked the reasons why we were charging him for 4 days instead of only the time he used the car. I explained to the customer that the reason what because they were no big difference between his hourly rate and his daily rate ($199/Day, $150/Hour), so the system will only calculate and charge the cheaper option. That when he became more upset, yelling saying "that's bullshit, how can you charge me for a full day. Why can't you divide the daily rate per 24 hours and then multiply that by 8 hours, which should be what I should get charge". My answer was that is not something possible. After asking Why, I told him it was the way our company do business and I was just following them. That's when he told me I was stupid for following such dumb rules. I told the customer, that was what he agreed to and sign, so... He then threatened me by saying: "You lucky you're behind that counter or I will shut your fucking mouth. You don't know who I'm or for which company I work for. If you want to keep your Fucking Job, you better shut your fucking mouth..." and more. He was using so many bad languages that I got upset also and told him he need to go. So, he started walking to the end of the counter yelling asking to speak with a manager. I finally was able to speak with Evi, which was unfortunately the manager on duty that night. After a

few minutes, I went to find her so I can explain what happened. When I got to the preferred building, she was seating in the back office on her computer. I tried to explain what happened, but she cut me off after I started talking, saying she didn't want to hear anything, that it was my job and that's why I was pay for. Anyone can understand how frustrated it will be to come to your manager for support after being insulted and threatened by a customer, to see her brush you off and telling you that why you were paid for and you had to deal with it. Yes, I wasn't happy by the way she treated me and I raise my concern by letting her know that it wasn't fair for her to keep treating me like that, that I was an employee and deserved a better treatment… Then I left. I did not insult her at any time. When I went back to the counter, she came back to find me and asked me to follow her in the office. Then she told me that she just called Justin to let her know and I needed to clock out and go home. She told me that the customer was upset and that I was in big trouble. She told me that he was going to file a complaint and that I will get fire. So I did what I was ask and left for the night. The next day, when I came to work, I was called in the District Manager's office where he asked me about what happened last night. He read the customer complaint where I was accused to be the one calling him stupid and using the "F" word. Then I did explain my side of the story and told Jon, the district manager, that the customer was the one who called me stupid and use at numerous time the "F" word and threatened me. But he didn't believe my story and asked me why I was lying to him. He told me he didn't care about the confrontation with the customer, but he cared about the way I talked to Evi. He told me she was a manager and I should treat her better. Then he asked me to apologize to her. I respectfully declined the fact that I should apologize for something I didn't do wrong. He asked me a second time to apologize,

which I told him I don't think it was fair. That's when he told me that: "OK then, you are suspended immediately. I need a writing statement, then clock out and go home. I will let you know when you can come back". I wrote my statement, made a copy for myself and handed the original to Jon, then I went home.

That same night, I wrote a letter explaining my case to the HR department and asking for a fair investigation. But after a week being suspended, I didn't hear back from anyone. So, I contacted the HR representative to check on my suspension. She told me that they were still investigated and that it will take up to 2 weeks to give me an answer. So, after 2 weeks passed and still didn't hear back from no one, I sent an email again explaining my case to the CEO and the President of North America. That same day I got a call from HR letting me know that they did receive the emails to the CEO and President of North America and that they will follow up with me. A week after, I was officially terminated (Got a call from Justin Nolan, then HR). I was sent the next day my last paycheck and a letter of termination.

The Termination Letter

The letter I received explaining the reasons I was terminated stated of course the incident on Nov 6th, 2016. Signed by Justin Nolan, he stated that I refused to help the customer and implied he was stupid and using the "F" word with him. He also stated I was rude toward the manager and that wasn't the first time I acted like that. Next it stated 2 different events, according to him, that happened in Aug 2016, where I called a customer stupid and was rude, yelling to a manager. He also stated that he had to intervene in one of those events and I was disciplined for my behaviors. I can swear that Since Jul 15th, 2013,

13

when I started working for AVISBUDGET GROUP, I, Amoikon Ngouan, never been called in the office for any verbal or writing warning, or any disciplinary actions what so ever. I would like to see any witness statements accusing me of those 2 other events and any written papers I signed after being disciplined by any manager. This is a 500 Fortune companies and any events as described in my termination letter should have been documented and addressed. So, they should have some signed copies of any verbal and written concerns that was addressed to me with any witness in the room when these events took places. For my recollection, I never had any complaints or comments from any customers or managers. So, you can imagine how surprise and sad to see that my termination was based on some fabricated stories that never happen. I was fired based on pure retaliation. I know one former co-worker with who I spoke after I got suspended. He told me that when he was working at Avis-Budget, under Justin Management, he was once accused of using the "F" word with a customer and being rude. All he got was a suspension for a week, then I got his job back. Once again, I never got suspended or called in the office for any verbal or written formality. I got fired because I was getting too problematic for Justin. I kept trying to get justice and in my last letter I sent I told him I was going to seek legal help if nothing was done. Then a few weeks later, the incident with that customer happened and I get suspended. Because my suspension was unfair, I sent emails to high managers in the company, which was starting to be a real problem. So, after my last email to the CEO and President of America, I got a call from Justin telling me I was terminated. As you can see I got judge by the same peoples I was accusing of discrimination. The investigations weren't conduct by any neutral person from outside DIA. Since the first time I called HR to complain about the fact that I wasn't getting the

14

accommodation I needed due to my medical condition, Justin Nolan and Evi Pitcler have made my life a miserable condition. I had to go through so many discriminations. For more than 2 years, I had to work in a very stressful environment where everything was done to push me to the door. I had to live in the fear of losing my job anytime they will get a good excuse to fire me. That incident on Nov 6th, 2016 was the perfect argument to suspend me and find the way to terminated my employment. It just happened a few weeks after I gave Justin another letter about the coming shift bid and my bad situation. I do not think this is fair to fabricate stories that did not happen just because they have the power to do so.

I personally think those discriminations I had to go through since more than 2 years were based on my disabilities and race (black-African American). A city manager refusing to accommodate my medical needs, an Operation Manager bullying and harassing me every time I had to call sick or take FMLA, a co-worker that harass me and make my working condition difficult, a customer that put his hand on me, 2 co-workers that get a promotion I wanted… What do they have physically in common: Caucasian. Those are the facts. A former Caucasian co-worker get accused of using the "F" words toward a customer, but only get a week of suspension.

I'm requesting a trial with Jury please.

Thank you.

## REQUEST FOR RELIEF

Plaintiff requests the following relief: $80 Million for lost wages, pain and suffering and punitive damages.

Date: 08-07-2017

Anoikon N'Gouan
(Plaintiff=s Original Signature)

1325 S Duquesne Cir
(Street Address)

Aurora, Co, 80018
(City, State, ZIP)

318-860-0261
(Telephone Number)

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Amoikon F. Ngouan<br>1325 South Duquesne Circle<br>Aurora, CO 80018 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |
|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2017-00549 | Christopher Padilla,<br>Supervisory Investigator | (303) 866-1336 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Elizabeth Cadle,
**District Director**

JUN 2 6 2017
*(Date Mailed)*

Enclosure(s)

cc    AVIS