# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 17-CV-01912- CMA-MJW

AMOIKON FRANCOIS-XAVIER N'GOUAN,

    Plaintiff,

v.

AB CAR RENTAL SERVICES, INC.

    Defendant.

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant AB Car Rental Services, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves this Court to enter a Stipulated Protective Order to regulate and limit the dissemination of confidential, proprietary, and/or personal information in the course of this case. Defendant has conferred with Plaintiff regarding the subject matter of this motion and Plaintiff does not oppose the relief sought in this Motion. In support thereof, Defendant states as follows:

1. Pursuant to Fed. R. Civ. P. 26(c), this Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." One type of protective order—a blanket protective order—"place[s] upon the parties themselves, or others from whom discovery is sought, the initial burden of determining what information is entitled to protection." *Gillard v. Boulder Valley Sch. Dist. Re-2*, 196 F.R.D. 382,

386 (D. Colo. 2000). "Blanket protective orders routinely are approved by courts in civil cases, frequently on the stipulated request of the parties." *Id.*

2. Good cause exists to enter a blanket protective order in this case. The parties agree that certain disclosures, discovery requests, depositions, and other proceedings in connection with the above-captioned case may require the disclosure of confidential, private, and/or proprietary information.

3. Accordingly, the parties agree that a Stipulated Protective Order, in the form attached as Exhibit A, is required in order to protect the Parties from any injury associated with the misuse of disclosed or exchanged information.

4. Counsel for Defendant and Plaintiff, *pro se,* have reviewed and approved the proposed Stipulated Protective Order.

WHEREFORE, Defendant respectfully requests that this Court enter the attached Stipulated Protective Order as an Order of the Court.

Dated January 10, 2018　　　　　　　　*/s/ Rachelle E. Hill*
　　　　　　　　　　　　　　　　　　Joshua B. Kirkpatrick
　　　　　　　　　　　　　　　　　　Rachelle Elizabeth Hill
　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　1900 Sixteenth Street, Suite 800
　　　　　　　　　　　　　　　　　　Denver, CO  80202
　　　　　　　　　　　　　　　　　　Telephone:  303.629.6200
　　　　　　　　　　　　　　　　　　Fax:  303.629.0200
　　　　　　　　　　　　　　　　　　Email:  jkirkpatrick@littler.com
　　　　　　　　　　　　　　　　　　　　　　　rehill@littler.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　AB CAR RENTAL SERVICES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2018, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER** was filed with the Clerk of Court using the CM/ECF system. A copy was also sent by U.S. Mail, postage prepaid to plaintiff *pro se* at the address below. The duly signed original is on file at the office of Littler Mendelson, P.C.

    Amoikon Francois-Xavier N'Gouan
    1325 S. Duquesne Circle
    Aurora, CO 80018

    *s/ Douglas Grabowski*
    Douglas Grabowski